**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01523-CV

**IN RE GUARDIANSHIP OF CLARENCE LAMAR NORSWORTHY,
AN INCAPACITATED PERSON, Relator**

**Original Proceeding from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-16-1331-2**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator Jeanette Norsworthy's December 29, 2016 petition for writ of mandamus.

We **ORDER** relator Jeanette Norsworthy to bear the costs, if any, of this original proceeding

/s/    ROBERT M. FILLMORE
        JUSTICE